```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 28044
   KIMBERLY LYNN KOLODZIEJ
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0067
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/14/05 and confirmed on 09/19/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  12746.26 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| PRIMUS FINANCIAL | SECURED | 5100.00 | 608.65 | 5100.00 |
| ADVANCE TIL PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 419.57 | .00 | 147.20 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2735.75 | .00 | 959.80 |
| AMERICASH | UNSECURED | NOT FILED | .00 | .00 |
| AXCESS RCVRY & CREDIT SO | UNSECURED | 542.47 | .00 | 190.32 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 423.88 | .00 | 148.71 |
| QC HOLDINGS | FILED LATE | .00 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 699.94 | .00 | 245.56 |
| PAYDAY LOAN STORE OF IL | UNSECURED | 709.88 | .00 | 249.05 |
| ASSET ACCEPTANCE CORP | UNSECURED | 159.45 | .00 | 55.94 |
| SFC CENTRAL BANKRUPTCY | UNSECURED | 818.81 | .00 | 287.27 |
| ST JOSEPH MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| PRIMUS FINANCIAL | UNSECURED | 3890.59 | .00 | 1364.96 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 5100.00 | .00 | 10400.34 | .00 | 15500.34 |
| PRINCIPAL PAID | 5100.00 | .00 | 3648.81 | .00 | 8748.81 |
| INTEREST PAID | 608.65 | .00 | .00 | .00 | 608.65 |
| TOTAL PAID | 5708.65 | .00 | 3648.81 | .00 | 9357.46 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $    542.54 .

Refunds to the Debtor totaled $    146.26 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/09/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE